No. 230. SAMUEL H. MOSS, INC. *v.* FEDERAL TRADE COMMISSION. October 8, 1945. Petition for writ of cer-

tiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry Ward Beer* for petitioner. *Acting Solicitor General Judson, Assistant Attorney General Berge, Messrs. Charles H. Weston, Matthias N. Orfield, Robert L. Stern, W. T. Kelley,* and *Joseph J. Smith, Jr.* for respondent.